STATE OF NEW JERSEY v. WILLIAM D. RODRIGUEZ.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWIN PATILLO.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LEONARD KIRKLAND.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID WALKER.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ANGEL RAMOS.

October 18, 1988.

Petition for certification denied.